UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 0931

| | |
|---|---|
| DEAN SOLOMON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br><br>THE HERSHEY COMPANY, MARS, INC., NESTLE U.S.A., INC., NESTLE S.A., AND CADBURY SCHWEPPES PLC,<br><br>Defendants. | Civil Action No.: |



JAN 28 2008
U.S.D.    N.Y.
CASHIERS

## RELATED CASE AFFIDAVIT

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK  )

PETER SAFIRSTEIN, being duly sworn, deposes and says:

1. I am a partner at the law firm of Milberg Weiss LLP, attorneys for plaintiff in the above-captioned action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1.

2. Upon information and belief, this action is related to the previously-filed action captioned, <u>Webb's Candies, Inc. v. Cadbury Adams Canada, Inc., et al.</u>, No. 1:08-cv-00382 (PKC), which also asserts similar antitrust claims.

3. Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable P. Kevin Castel.

DATED: January 28, 2008

_____
Peter Safirstein

**MILBERG WEISS LLP**
Peter Safirstein (PS-6176)
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel:    (212) 594-5300
Fax:    (212) 868-1229
psafirstein@milbergweiss.com

Sworn to before me this 28th
day of January 2008

_____
Notary Public

DAVID J. SCLAFANI
NOTARY PUBLIC, State of New York
No. 01SC6057709
Qualified in Kings County
Commission Expires April 23, 2011