**JUDGE    Castel**

Case 1:08-cv-00931-PKC    Document 4    Filed 02/05/2008    Page 1 of 1