```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEAN SOLOMON, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff<br><br>vs.<br><br>THE HERSHEY COMPANY, MARS, INC., NESTLE U.S.A., INC., NESTLE S.A., AND CADBURY SCHWEPPES PLC,<br><br>                         Defendants. | Civil Action No.: 08-CV-0931 (PKC)<br><br>**CLASS ACTION COMPLAINT**<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Dean Solomon hereby voluntarily dismisses his claims in this action without prejudice.

DATED: March 26, 2008

                                            Respectfully submitted,

                                            **MILBERG LLP**
                                            Peter Safirstein
                                            One Pennsylvania Plaza
                                            New York, New York 10119
                                            Tel. (212) 594-5300
                                            Email: psafirstein@milberg.com
                                            Facsimile: (212) 868-1229

U.S.D.J.
3-28-08